**FILED**

APR 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:09-CR-00273 JAM |
| Plaintiff, | ) | RESPONSE TO NOTE FROM JUROR DIANE STILWELL |
| v. | ) | |
| JOSE ALFREDO ZEPEDA and CLEMENTE FERRIAS ARROYO, | ) | |
| Defendants. | ) | |

Ms. Stillwell -- The Court has received your notes. Your issue must be discussed in open court with counsel present.

Dated: April 22, 2010

Honorable John A. Mendez