FILED

APR 2 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br> JOSE ALFREDO ZEPEDA and CLEMENTE    )<br> FERRIAS ARROYO,                     )<br>                                     )<br>            Defendants.              )<br>_____) | Case No. 2:09-CR-00273 JAM<br><br>RESPONSE TO NOTE #1 FROM THE JURY |

1.   As I previously instructed you,

"At the end of the trial you will have to make your decision based on what you recall of the evidence. You will not have a written transcript of the trial. I urge you to pay close attention to the testimony as it is given."

Accordingly, your request for the "transcript from Arroyo testimony" must be denied.

2.   Mr. Vine will provide you with more yellow envelopes.

Dated: April 23, 2010

_____
Honorable John A. Mendez