**FILED**

APR 23 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-00273 JAM |
| ) Plaintiff, ) | RESPONSE TO NOTE #2 FROM THE JURY |
| v. ) | |
| JOSE ALFREDO ZEPEDA and CLEMENTE ) FERRIAS ARROYO, ) | |
| ) Defendants. ) | |

   1.  No. A possessed gun does not have to be loaded.

   2.  Regarding Count 3 you can indicate which gun was possessed in response to questions 1, 2, and/or 3 (if the gun was possessed in furtherance of Count One) and/or in response to questions 4, 5, and/or 6 (if the gun was possessed in furtherance of Count Two) - even if it is not loaded. As you were instructed in Jury Instruction No. 28, the government must prove beyond a reasonable doubt that:

      1. The defendant committed the crime charged in Count One or Count Two of the Indictment;

      2. The defendant knowingly possessed at least one firearm; and

3. The defendant possessed the firearm in furtherance of committing at least one of the charged drug trafficking crimes.

Dated: April 23, 2010

_____
Honorable John A. Mendez