**FILED**

APR 2 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00273 JAM |
| Plaintiff, | RESPONSE TO NOTE #3 FROM THE JURY |
| v. | |
| JOSE ALFREDO ZEPEDA and CLEMENTE FERRIAS ARROYO, | |
| Defendants. | |

1. Yes.
2. Yes.

Dated: April 23, 2010

Honorable John A. Mendez