BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR. NO. S 09-273-JAM |
| v. | ) | STIPULATION AND PROPOSED ORDER RE: DESTRUCTION OF BODY BAG AND CLOTHING |
| JOSE ALFREDO ZEPEDA, et al., | ) | |
| Defendants. | ) | |

Whereas, the trial in this matter has already been concluded and no party used as evidence and/or desires to use as evidence in any future litigation in this case items identified in discovery produced by plaintiff United States of America as: (1) Item 1B40: comprised of one pair boots, one pair of socks, one of pair jeans, one of pair sweatpants, one of pair shorts, and one black shirt worn by deceased alleged coconspirator Juan Carlos Herrera-Chavez at the time of his death; and (2) Item 1B41: one body bag used to contain and transport the body of deceased alleged coconspirator Juan Carlos Herrera-Chavez; and

Whereas, the Federal Bureau of Investigation, the agency which has current possession of Items 1B40 and 1B41, desires to

1  destroy these items as it has determined that these items
2  constitute biohazards because the items are soiled with blood and
3  body fluids,
4      It is hereby stipulated and agreed by and between the United
5  States, on the one hand, and defendants Jose Alfredo Zepeda and
6  Clemente Ferrias Arroyo, on the other hand, through their
7  respective counsel that:
8      1.  Defendants forever and irrevocably waive their right to
9  inspect, examine, test, and/or use as evidence Items 1B40 and/or
10 1B41;
11     2.  The United States may in its discretion destroy Items
12 1B40 and/or 1B41.

DATED: January 11, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Samuel Wong
                        By:      _____
                                 SAMUEL WONG
                                 Assistant U.S. Attorney

                                 /s/ Dominic Falasco
DATED: January 11, 2011          _____
                                 DOMINIC FALASCO
                                 Attorney for defendant
                                 Jose Alfredo Zepeda

                                 /s/ Michael Chastaine
DATED: January 11, 2011          _____
                                 MICHAEL CHASTAINE
                                 Attorney for defendant
                                 Clemente Ferrias Arroyo

**ORDER**

The Court having reviewed, read, and considered the parties' stipulation, and good cause appearing therefrom,

The Court hereby adopts in its entirety the parties' stipulation as the Court's Order, and specifically orders that:

1. Defendants forever and irrevocably waive their right to inspect, examine, test, and/or use as evidence Items 1B40 and/or 1B41;

2. The United States may in its discretion destroy Items 1B40 and/or 1B41.

Dated: January 26, 2011        /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge

3